United States District Court
Southern District of Texas
**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRIS LOEPER, | § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 4:24-cv-00211 |
| MEDALLIA, INC., | § § | |
| *Defendant.* | § § | |

## ORDER

Having reviewed the Parties Joint Stipulated Dismissal of Claims, it is **ORDERED** that this entire action and all claims in Plaintiff's Original Complaint complaining of Defendant Medallia, Inc., is **DISMISSED WITH PREJUDICE**.

Each party will bear his or its own respective costs, expenses, and attorney's fees.

Signed this __22nd__ day of __April__, 2025.

HONORABLE JUDGE SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE